# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SHINBORI, DDS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MINNESOTA MUTUAL LIFE, STANDARD INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 3:15-cv-04842-JST<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND MEDIATION DEADLINE BY SIXTY (60) DAYS<br><br>Judge: Hon. Jon S. Tigar |

The Court having reviewed the Stipulation to Continue the alternative dispute procedure ("ADR") deadline by Plaintiff Dennis Shinbori and Defendants Standard Insurance Company and Minnesota Life Insurance Company finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED that the deadline for the completion of ADR procedure is continued to June 3, 2016.

Dated:    March 30  , 2016

_____
Hon. Jon
Judge, Un

**APPROVED**
Judge Jon S. Tigar

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

148821.1

1

Case No. 3:15-cv-04842-JST
[PROPOSED] ORDER GRANTING STIP TO EXTEND MEDIATION DEADLINE BY 60 DAYS